## In the matter of PELEG SHAW.

On applica- tion to set a- side the ad- measurement of dower, un- der the statute (1 *R. L.* 60) it must appear that copies of the papers, up- on which the application is grounded, have been ser- ved upon upon the opposite party.

J. L. RICHARDSON, moved to set aside the admeasure- ment of dower, under an order of the Surrogate, upon the statute, (1 *R. L.* 60.)

*J. Platt*, contra, objected, that copies of the papers upon which the motion was granted, had not been served upon the opposite party.

*Richardson.* The statute requires nothing beyond the service of notice specifying the cause of complaint, and an intention to apply to this Court.

*Curia.* Copies of all the papers, to be used in support of the application, should have been served. But, to save your rights, let the motion be continued to the next term, the requisite papers, in the mean time, to be served.

Rule accordingly.